April 4, 1966

## Babski *v.* Niesley, Appellant.

Argued March 15, 1966. *Allen H. Smith*, for appellant; *Daniel W. Shoemaker*, for appellee.

Order affirmed.